1062

No. 76–1327. Goodroe v. United States. C. A. 3d Cir. Certiorari denied.

No. 77–466. Pomponio v. United States. C. A. 4th Cir. Certiorari denied.

No. 77–475. Fry v. United States. C. A. 6th Cir. Certiorari denied.

No. 77–498. Rodriguez v. United States; and

No. 77–538. Geraldo v. United States. C. A. 2d Cir. Certiorari denied. Reported below: 556 F. 2d 638.

No. 77–522. Dozier v. United States. C. A. 4th Cir. Certiorari denied.

No. 77–526. Chitty v. United States; and Postal v. United States. C. A. 5th Cir. Certiorari denied.

No. 77–527. Ramsey v. United States. C. A. D. C. Cir. Certiorari denied.

No. 77–583. Forsack v. United States. C. A. 2d Cir. Certiorari denied.

No. 77–584. Neustein v. United States. C. A. 3d Cir. Certiorari denied.

No. 77–588. Piascik v. United States. C. A. 9th Cir. Certiorari denied.

No. 77–596. Gulf Oil Corp. v. Federal Energy Regulatory Commission et al. C. A. 3d Cir. Certiorari denied.

No. 77–610. Harding v. United States. C. A. 6th Cir. Certiorari denied.